UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TOMAS SEPULVEDA ZULETA, MICHAEL LEHRER, and TRISTAN NEWMAN, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, CHRISTOPHER M. LANE, TYLER J. PEARSON, and JASON BRENIER,<br><br>  Defendants. | Case No.: 22-cv-1901-L-AGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO THE CLASS ACTION COMPLAINT**<br><br>**[ECF No. 9]** |

Pending before the Court is the parties' joint motion to extend the time for Defendants to respond to the Complaint. (ECF No. 9.) Good cause appearing, the Court **GRANTS** the motion. The deadline for Defendants to file one consolidated response to the Complaint is **February 15, 2023**.

The parties also request that the Court order that Defendants have five (5) extra pages, if necessary, for their consolidated response to the Complaint, and that Plaintiffs would also receive five (5) extra pages to oppose any such motion. (ECF No. 9, at 3.) Due to the nature of the claims and number of parties to the present matter, the Court **GRANTS** the motion. Defendants shall have **five (5)** extra pages for their consolidated response, and Plaintiffs shall have **five (5)** extra pages to oppose.

**IT IS SO ORDERED.**

Dated: December 19, 2022

_____
Hon. M. James Lorenz
United States District Judge